UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| KIMBERLY A. JACKSON | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:08-CV-457-S |
| | ) | |
| COUNTRYWIDE FINANCIAL | ) | |
| CORPORATION, ET AL. | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Kimberly A. Jackson and defendants named as Countrywide Tax Services Corp., LandSafe, Inc., LandSafe Appraisal Services, Inc., LandSafe Credit, Inc., LandSafe Flood Determination, Inc., Countrywide Financial Corporation, Bank of America Corporation, Countrywide Homes Loans, Inc. (and a now-merged subsidiary, Full Spectrum Lending, Inc.), Countrywide Bank, FSB (and its predecessor Countrywide Bank, N.A.), and Countrywide KB Home Loans, LLC (collectively, "Defendants"), hereby stipulate and agree that all claims by Plaintiff against Defendants in this action are hereby dismissed with prejudice, without costs or attorney's fees to any party, and with each party waiving any right to appeal.

July 24, 2013



**Charles R. Simpson III, Senior Judge**
**United States District Court**

Respectfully submitted,

/s/ Mark K. Gray
Mark K. Gray
mgray@grayandwhitelaw.com
GRAY & WHITE
713 East Market Street, Suite 200
Louisville, Kentucky 40202
502.805.1800
*Counsel for Plaintiff, Kimberly A. Jackson*


/s/ Byron E. Leet
Byron E. Leet
bleet@wyattfirm.com
C. Tyson Gorman
tgorman@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
502.589.5235
*Counsel for Defendants*

60421120.1